UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCURIA ENERGY GROUP LIMITED,<br><br>Petitioner,<br><br>v.<br><br>THE REPUBLIC OF POLAND,<br><br>Respondent. | Civil Action No. |

## RULE LCVR 26.1 CERTIFICATE

I, the undersigned, counsel of record for Petitioner Mercuria Energy Group Limited ("**Mercuria**"), certify that to the best of my knowledge and belief, Mercuria has no parent companies, subsidiaries or affiliates that own at least 10% of Mercuria's stock and have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:   New York, New York
         November 30, 2023

Respectfully submitted,

                                                      */s/ James E. Berger*
                                                   James E. Berger (D.C. Bar No: 481408)
                                                   Charlene C. Sun (D. C. Bar No: 1027854)
                                                   Erin Collins (D.C. Bar No. 1781667)
                                                   DLA Piper LLP (US)
                                                   1251 Avenue of the Americas
                                                   New York, NY 10020
                                                   Tel: (212) 335-4500
                                                   Fax: (212) 35-4001
                                                   James.Berger@us.dlapiper.com
                                                   Charlene.Sun@us.dlapiper.com
                                                   Erin.Collins@us.dlapiper.com

2

*Attorneys for Mercuria Energy Group Limited*

2