UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MERCURIA ENERGY GROUP LIMITED**,

      Petitioner,

      v.

**REPUBLIC OF POLAND**,

      Respondent.

Case No. 1:23-cv-03572 (TNM)

**ORDER**

Upon consideration of the pleadings, relevant law, and related legal memoranda in opposition and support, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Petitioner's [1] Petition to Confirm Arbitration Award is **DENIED**; and it is further

**ORDERED** that Respondent's [28] Motion to Dismiss and Opposition to Petition to Confirm Arbitration Award is **GRANTED IN PART**.

**SO ORDERED.**

The Clerk of Court is directed to close the case. This is a final, appealable Order.

Dated: September 8, 2025

TREVOR N. McFADDEN, U.S.D.J.